AO 91 (Rev 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 17-5030-SNOW |
| LEWIS BENNETT, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 15, 2017 _____ in the county of _____ Monroe _____ in the

____ Southern ____ District of ____ Florida ____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2314 | Transporting in interstate and foreign commerce any goods, wares, and merchandise, valued at $5,000 or more, that is, gold and silver coins, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Kelley, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/25/17

_____
*Judge's signature*

City and state: _____ Key West, Florida _____

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, James Kelley, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since January 2016.  I am currently assigned to the FBI Miami Field Office Violent Crimes and Fugitive Task Force, which targets individuals involved in violent criminal activity and evasion of law enforcement. As part of my duties, I investigate a variety of violations of federal offenses, including Hobbs Act robberies, crimes on the high seas, and other violations of federal law. I received training on the proper investigative techniques for these violations, including the application and execution of arrest and search warrants.

2.      The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in the Affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause that Lewis BENNETT knowingly transported, transmitted, and transferred in interstate and foreign commerce any goods, wares, and merchandise, valued at $5,000 or more, that is, gold and silver coins, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314.

3.      On or about May 23, 2017, law enforcement became aware of coins that had been stolen from a sailing vessel, KITTY R, that was located in St. Maarten in May 2016. During the course of this investigation, law enforcement contacted the owner of KITTY R (hereinafter, "Victim") regarding the circumstance of the burglary from his vessel in St. Maarten on May 5, 2016. The Victim stated that BENNETT had been working onboard KITTY R as a crewmember

at that time. The Victim confirmed that gold and silver coins that were stored inside plastic tubes had been stolen from KITTY R. The Victim stated that the gold and silver coins were stolen by breaking open the floor area of the vessel beneath a pallet of food on board KITTY R. The Victim estimated that the value of the stolen coins was approximately $100,000.00 USD. The Victim stated that he did not file an insurance claim, as these items were not listed on the list of covered items in his policy.

4.      The Victim informed law enforcement that in May of 2016, before the theft, he had both gold and silver collectible coins in his possession.   The Victim provided law enforcement with a receipt for a portion of the gold and silver coins that he had purchased.  On or about September 1, 2015, the Victim had purchased a total of 617 collectible silver and gold coins for £31,630.50, which is approximately $40,490.20 USD.

5.      On or about May 8, 2016, BENNETT filed a police report in St. Maarten concerning the gold and silver coins stolen from the Victim on board KITTY R.   Law enforcement obtained a copy of that police report, which states in summary that the KITTY R, owned by the Victim, was burglarized sometime late at night on May 5, 2016, or the early morning hours of May 6, 2016, while BENNETT and the Victim were not on the vessel.  Among the items BENNETT, on behalf of the Victim, reported stolen were "gold and silver coins."

6.      On or about May 10, 2016, approximately five (5) days after the burglary, BENNETT left St. Maarten via airplane to Miami International Airport.

7.      In the early morning of May 15, 2017, the United States Coast Guard (USCG) received an Emergency Position-Indicating Radio Beacon (E-PIRB) and Personal Locator Beacon (PLB) activation approximately 26 nautical miles west of Cay Sal Bank, Bahamas, in international waters.   BENNETT, a dual citizen of the United Kingdom and Australia, also

dialed and received several calls, including to the USCG, reporting he was in distress in the same general location around the same time.

8.      BENNETT reported to the USCG that he had been on board an approximately 40-foot catamaran (hereinafter the "Vessel") with his wife, I.H., sailing from Havana, Cuba to Florida.  BENNETT stated that he had retired to the cabin to sleep on the evening of May 14, 2017, leaving I.H. to operate the Vessel at the helm. BENNETT stated that he awoke to a loud thud at approximately 1:00 a.m. on May 15, 2017, and noticed the Vessel was taking on water. BENNETT reported that he moved topside to look for I.H. who was not at the helm, or anywhere on the boat. BENNETT stated he moved to address the sail, engage the engines, and get the Vessel underway.  BENNETT indicated he was unable to slow the flow of water, so he gathered his personal belongings, deployed his life raft and abandoned ship.

9.      A USCG helicopter ultimately rescued BENNETT in international waters shortly after 3:00 a.m. on May 15, 2017, and landed in an airport in Marathon, Florida.  USCG later retrieved BENNETT's life raft and noticed BENNETT secured a number of personal items in his life raft, including a suitcase and two backpacks. BENNETT chose to only take one backpack with him at the time he was rescued by the USCG rescue swimmer. The USCG rescue swimmer stated that his backpack was unusually heavy.

10.     During the search efforts, USCG recovered and transported the Vessel's life raft and contents to USCG Station Key West, Florida, arriving on or about May 19, 2017.  Prior to being received by the FBI, these items were inventoried in accordance with USCG policy. The items found included, among other items: a suitcase; one backpack; un-expended parachute flares; buoys; fourteen (14) gallons of water; a secondary EPIRB; and nine (9) plastic tubes,

3

wrapped with clear tape containing what appear to be silver coins. Upon initial collection, the USCG placed these tubes into three (3) separate sealed evidence bags.

11.     When rescued, BENNETT carried one backpack with him, the contents of which were not searched by the USCG. The collectible coins that were recovered from the life raft, 158 English "Year of the Horse" silver coins and 77 Canadian Maple Leaf coins, only account for a portion of the total amount of the coins stolen. The estimated value of these collectible coins based on the Victim's records and open source databases is approximately $4,200 USD. After he was rescued, BENNETT returned to his Residence with the backpack before eventually leaving the country.

12.     On or about May 23, 2017, law enforcement briefly returned these collectible coins to BENNETT at his residence in the United States, located at 13850 Oneida Drive, Delray Beach, Florida (hereinafter, the "Residence") before they realized, on the same day, that they may have been stolen in 2016. Later on May 23, 2017, law enforcement returned to BENNETT's Residence in Delray Beach, Florida, to retrieve the collectible coins that were still in sealed evidence bags. BENNETT agreed to return the items to law enforcement.

13.     A review of travel records by law enforcement revealed that after the theft of the collectible coins from KITTY R on or about May 5, 2016 and BENNETT's return to the United States on May 10, 2016, BENNETT traveled from Fort Lauderdale International Airport to St. Maarten on or about March 18, 2017, via airplane. The records also revealed that BENNETT returned to Fort Lauderdale International Airport from St. Maarten on or about April 8, 2017, via airplane. A review of travel and foreign records by law enforcement revealed that BENNETT and I.H. flew from Fort Lauderdale International Airport to St. Maarten on or about April 29,

4

2017. The records also revealed that on or about May 14, 2017, BENNETT and I.H. left Cuba via sailing vessel.

14.    Law enforcement officers sent the Victim images of the coins and tubes recovered from the belongings BENNETT took with him from the Vessel onto the life raft via electronic mail. After viewing these images, the Victim stated the coins and tubes pictured in the images were part of all of the items stolen from KITTY R.

15.    On June 16, 2017, the FBI, along with members of the United States Coast Guard Investigative Services (CGIS), executed a search warrant at BENNETT's Residence.

16.    Search team members located two different types of gold coins in the master bedroom closet of BENNETT's Residence. The coins were contained within a soft case and hidden in a pair of boat shoes. A total of 162 gold coins were recovered.

17.    The gold coins that were recovered from the search of BENNETT's Residence were photographed and subsequently shown to the Victim for review. The Victim confirmed the coins pictured were coins that were stolen from the KITTY R in May of 2016. The value of the coins based on the Victim's records and open source databases is approximately $26,100 USD.

18.    Based on the foregoing facts, I respectfully submit that there is probable cause to believe that Lewis BENNETT knowingly transported, transmitted, and transferred in interstate and foreign commerce any goods, wares, and merchandise, valued at $5,000 or more, that is,



5

gold and silver coins, knowing the same to have been stolen, converted and taken by fraud, in violation of Title 18, United States Code, Section 2314.

FURTHER AFFIANT SAYETH NAUGHT.

JAMES KELLEY
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed to before me
this 25 day of August, 2017.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

6